IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES E. PATRICK, II,
Administrator for the Estate
of BRIAN LASHLEY, Deceased                                          PLAINTIFF

v.                          No. 1:09-cv-42-DPM

DALE WEAVER, individually,
and in his official capacity as Sheriff
of Sharp County, Arkansas                                           DEFENDANT

ORDER

This case has settled. The parties' joint motion to dismiss, *Document No. 37*, is granted. FED. R. CIV. P. 41(a)(2). Patrick Weaver's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011