IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES E. PATRICK, II,
Administrator for the Estate
of BRIAN LASHLEY, Deceased                                         PLAINTIFF

v.                          No. 1:09-cv-42-DPM

DALE WEAVER, individually,
and in his official capacity as Sheriff
of Sharp County, Arkansas                                          DEFENDANT

ORDER

The final Order, *Document No. 38*, and the related Judgment, *Document No. 39*, are vacated because they both contain a typographical error.

This case has settled. The parties' joint motion to dismiss, *Document No. 37*, is granted. FED. R. CIV. P. 41(a)(2). James Patrick's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2011